**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-6535**

MICHAEL EDWARD KENNEDY,

        Petitioner - Appellant,

    v.

UNITED STATES PAROLE COMMISSION,

        Respondent - Appellee.

Appeal from the United States District Court for the District of Maryland, at Baltimore.  Catherine C. Blake, Chief District Judge. (1:14-cv-01435-CCB)

Submitted:  July 21, 2015          Decided:  July 24, 2015

Before WILKINSON and MOTZ, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Michael Edward Kennedy, Appellant Pro Se.  Neil R. White, Assistant United States Attorney, Greenbelt, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Edward Kennedy, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C. § 2241 (2012) petition. We have reviewed the record and find no reversible error. Accordingly, we deny Kennedy's motion for appointment of counsel and his motion for release from supervision pending appeal, and affirm for the reasons stated by the district court. Kennedy v. U.S. Parole Comm'n, No. 1:14-cv-01435-CCB (D. Md. Feb. 13, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED